# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  DOMINICK C. GUNN  §  Case No. 14-80904
 §
 §
 Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 03/21/2014.

2) The plan was confirmed on 10/03/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 09/05/2014, 06/05/2015, 10/23/2015.

5) The case was dismissed on 10/23/2015.

6) Number of months from filing or conversion to last payment: 18.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,007.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

Case 14-80904   Doc 58   Filed 01/15/16   Entered 01/15/16 09:23:08   Desc Main
                        Document      Page 2 of 5

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 2,210.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 2,185.00 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 1,074.29 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 130.29 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,204.58 |
| Attorney fees paid and disclosed by debtor(s): | $ 250.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BIZAR & DOYLE, LLC | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 1,074.29 | 0.00 |
| NCEP, LLC | Sec | 19,696.00 | 23,170.76 | 637.85 | 637.85 | 342.57 |
| NCEP, LLC | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 1,116.00 | 1,116.00 | 1,116.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 5.70 | 5.70 | 0.00 | 0.00 |
| AARON SALES & LEASE OW | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ACCT RCV SVC | Uns | 486.00 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK / HARRIS BANK NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,552.00 | 1,552.28 | 1,552.28 | 0.00 | 0.00 |
| CHASE NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCE | Uns | 6,609.00 | 6,609.62 | 6,609.62 | 0.00 | 0.00 |
| CITIZENS FIN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FIN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FIN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROF / LASALLE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROF / LASALLE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROF / LASALLE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROF / LASALLE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CRD PRT ASSO | Uns | 731.00 | NA | NA | 0.00 | 0.00 |
| CRD PRT ASSO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTIONS SVC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG / SOANB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 943.00 | NA | NA | 0.00 | 0.00 |
| FIRSTBKDE/CF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HE STARK COL | Uns | 171.00 | NA | NA | 0.00 | 0.00 |
| HE STARK COL | Uns | 117.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 1,367.00 | 2,072.40 | 0.00 | 0.00 | 0.00 |
| ILL COMM CU | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COMMUNITY CREDIT | Uns | 1,015.00 | 1,015.00 | 1,015.00 | 0.00 | 0.00 |
| ILLINOIS COMMUNITY CREDIT | Uns | 242.00 | 242.09 | 242.09 | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN | Uns | 2,996.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 114.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGEN | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| NORTHWD COLL | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCT MGMT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FIN | Uns | 1,140.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FIN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 4,342.00 | 4,614.05 | 4,614.05 | 0.00 | 0.00 |
| STERLING FEDERAL BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | 10,865.57 | 0.00 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 406.00 | 479.00 | 479.00 | 0.00 | 0.00 |
| TEIA FREDERICK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 0.00 | 504.14 | 504.14 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 0.00 | 5,447.53 | 5,447.53 | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | 450.46 | 450.46 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 0.00 | 23.40 | 23.40 | 0.00 | 0.00 |

Case 14-80904    Doc 58    Filed 01/15/16    Entered 01/15/16 09:23:08    Desc Main
              Document      Page 4 of 5

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 637.85 | $ 637.85 | $ 342.57 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 637.85 | $ 637.85 | $ 342.57 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 1,116.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 1,116.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 20,943.27 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,204.58 |
| Disbursements to Creditors | $ 980.42 |
| **TOTAL DISBURSEMENTS:** | $ 2,185.00 |

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  01/14/2016         By:  /s/ Lydia S. Meyer
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.